TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00207-CR

NO. 03-08-00603-CR






Jonathan Senovio Aguilar, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT

NO. CR-06-354, HONORABLE GARY L. STEEL, JUDGE PRESIDING




O R D E R



 Jonathan Senovio Aguilar appeals from his conviction for aggravated assault with a
deadly weapon. His previous appeal was dismissed for want of jurisdiction because his notice of
appeal was untimely filed. Aguilar v. State, No. 03-07-00207-CR (Tex. App.--Austin May 8, 2007, 
no pet.). Thereafter, the Texas Court of Criminal Appeals granted appellant's application to
pursue an out-of-time appeal. Ex parte Aguilar, No. AP-75,974 (Tex. Crim. App. Aug. 20, 2008). 
He filed a new notice of appeal arising from the same trial court cause underlying appellate
cause number 03-07-00207-CR, thereby initiating appellate cause number 03-08-00603-CR.

 The district clerk of Hays County has requested that this Court's clerk transfer
the clerk's record filed appellate cause number 03-07-00207-CR to appellate cause number 03-08-00603-CR, to be supplemented by additional documents deemed necessary and designated by the
parties. We approve this request.

 The clerk's record filed in appellate cause number 03-07-00207-CR will be
transferred to appellate cause number 03-08-00603-CR. The parties may designate additional items
that should be included in the record.

 Ordered November 21, 2008.


 

 G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Do Not Publish